# MESSERLI & KRAMER

Messerli & Kramer P.A.
ATTORNEYS AT LAW
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402-1217

phone 612.672.3600
fax 612.672.3777
messerlikramer.com

Additional offices in:
St. Paul & Plymouth, MN

June 2, 2011

The Honorable Donovan W. Frank
United States District Court
316 North Robert Street
St. Paul, MN 55101

Writer's contact:
(612) 672-3795
ksaum@messerlikramer.com

Re:   **DriverTech, LLC v. PJC Logistics, LLC**
      **Our File No. 19435-1**
      **Court File No. 11-CV-00936 (DWF/SER)**

Dear Judge Frank:

The purpose of this letter is to advise the Court of a related action that is currently pending before Judge Montgomery.  The case of Qualcomm Incorporated v. PJC Logistics, LLC, 11-CV-00865, involves the same patent, Patent Number 5,223,844 "Vehicle Tracking and Security System", that is at issue in this action.  Similarly, the case of PJC Logistics v. Anderson Trucking Service, Inc., 11-CV-00675 is also identified as a related action currently assigned to Judge Montgomery and involves issues surrounding the same patent.  This matter is brought to the Court's attention as judicial economy may be best served by re-assigning this related matter to Judge Montgomery.

Sincerely,

MESSERLI & KRAMER P.A.

*Kristy Saum*

Kristy A. Saum
Attorney

KAS:tpl

cc:   Client

888648.1

Added dimension