# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| DRIVERTECH, LLC<br><br>    PLAINTIFF,<br><br>V.<br><br>PJC LOGISTICS, LLC<br><br>    DEFENDANTS. | Case No. 0:11-cv-00936-ADM -JJG<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff DriverTech, LLC ("DriverTech") voluntarily dismisses its case against PJC Logistics, LLC, with prejudice.

    By: */s/ Philip D. Dracht*
Scott M. Petersen (Admitted Pro Hac (UT No. 07599))
Philip D. Dracht (Admitted Pro Hac (UT No. 11561))
FABIAN & CLENDENIN, P.C.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
spetersen@fabianlaw.com
pdracht@fabianlaw.com
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Attorneys for Plaintiff DriverTech, LLC

1